| | |
|---|---|
| PATRICIA LINDSEY<br><br>      Plaintiff,<br><br>v.<br><br>RICOH USA, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No. 2:17cv464-RGD-RJK<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **Patricia Lindsey**, and Defendant, Ricoh USA, Inc., by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Agreed to by:

PATRICIA LINDSEY

By: _____

Jeremiah A. Denton IV, Esq. (VSB No. 83818)
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, Virginia 23452-7356
(757) 340-3232 (Telephone)
(757) 340-4505 (Facsimile)
jake@jeremiahdenton.com

RICOH USA, INC.

By: _____

John T. McDonald (VSB No. 45633)
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
(609) 524-2041 (Telephone)
(609) 951-0824 (Facsimile)
jmcdonald@reedsmith.com

Mark J. Passero (VSB No. 90463)
REED SMITH LLP
Riverfront Plaza – West Tower
901 E. Byrd Street - Suite 1700

|  |  |
|---|---|
|  | Richmond, VA 23219<br>(804) 344-3400 (Telephone)<br>(804) 344-3410 (Facsimile)<br>mpassero@reedsmith.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |